# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RODNEY WILSON**                                                           **PLAINTIFF**

V.                 **CASE NO.: 3:10CV00250 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## ORDER

Defendant's Unopposed Motion to Withdraw Counsel (docket entry #12) is GRANTED. Eric D. Poole, Special Assistant United States Attorney (SAUSA), is hereby relieved as counsel for Defendant. Scott T. Morris, SAUSA, has entered his appearance as counsel for the Defendant in this case. (#11)

IT IS SO ORDERED this 29th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE