**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RODNEY WILSON**                                                                                        **PLAINTIFF**

**V.**                          **CASE NO.: 3:10CV00250 BD**

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration                                                 **DEFENDANT**

## ORDER

Plaintiff Rodney Wilson argues in his brief (docket entry #10) that the Administrative Law Judge erred at step three of the sequential evaluation process by finding that he did not have an impairment (or combination of impairments) that met or equaled a listed impairment. (#10 at p.6)  Mr. Wilson does not, however, state what listed impairment he meets. Nor does he direct the Court to any evidence in the record that would support his assertion that he meets a listed impairment.

Mr. Wilson is ordered to file a supplemental brief identifying the specific listing he claims to meet and providing citations to the evidence in the record that support his claim, within fourteen days of the date of this order. If Mr. Wilson fails to submit a supplemental brief within fourteen days, the Court will assume that Mr. Wilson has withdrawn this argument. The Commissioner will have fourteen days from the date Mr. Wilson files his supplemental brief to respond.

IT IS SO ORDERED this 29th day of September, 2011.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE