# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RODNEY WILSON**      **PLAINTIFF**

**V.**      **CASE NO.: 3:10CV00250 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**      **DEFENDANT**

## JUDGMENT

Plaintiff Rodney Wilson's appeal is denied and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 18th day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE